**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

IN RE:
Lorenzo Herrera
     Debtor

Case No. 25-20892

---

Deutsche Bank National Trust Company, as
Trustee, on behalf of the holders of Terwin
Mortgage Trust 2006-17HE Asset-Backed
Certificates, Series 2006-17HE
     Movant

Chapter 7

vs.

Lorenzo Herrera
     Debtor

Cheryl E. Rose
     Chapter 7 Trustee

---

**MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL PROPERTY
LOCATED
AT 8632 STABLE VIEW COURT, GAITHERSBURG, MARYLAND 20882**

COMES NOW, Deutsche Bank National Trust Company, as Trustee, on behalf of the

holders of Terwin Mortgage Trust 2006-17HE Asset-Backed Certificates, Series 2006-17HE

(hereinafter "Movant"), its assigns and/or its successors in interest, by and through counsel,

moves for relief from the automatic stay of 11 U.S.C. § 362(a) pursuant to Fed. R. Bankr. P.

Rules 4001, 9014, and Maryland Local Bankr. Rule 4001, and, and respectfully represents as

follows:

1. Jurisdiction is based on 28 U.S.C. §§ 157 and 1334 of the United State Bankruptcy

Code.  The relief requested may be granted in accordance with the provisions of 11 U.S.C. §§

1

105(a) and 362(d) and pursuant to Fed. Bank. Proc. Rules 9013 and 4001.

2. On or about November 18, 2025, Lorenzo Herrera (hereinafter "Debtor") filed a voluntary petition in this Court under Chapter 7 of the United States Bankruptcy Code.

3. Cheryl E. Rose is the duly appointed Chapter 7 Trustee of the Debtor's bankruptcy estate.

4. At the time of initiation of the bankruptcy proceedings, the Debtor owned a parcel of real estate located in Montgomery County, Maryland, and improved by a residence known as **8632 Stable View Court, Gaithersburg, Maryland 20882** (hereinafter the "Property").

5. Movant is a secured creditor of the Debtor and the Movant's interest is evidenced by a Note dated August 16, 2006, and executed by Lorenzo L Herrera and Lourdes M Herrera, in the original principal amount of $768,000.00, with interest at the original note rate of 7.875%. As required by Maryland Local Bankr. Rule 4001-1(b)(4), a copy of the promissory note is attached hereto.

6. Said promissory note is secured by a certain Deed of Trust also dated August 16, 2006 and recorded in the land records of Montgomery, Maryland, related to the subject Property. As required by Maryland Local Bankr. Rule 4001-1(b)(4), a copy of the deed of trust is attached hereto.

7. Movant now seeks relief from the automatic stay against Debtor pursuant to 11 U.S.C. § 362(d)(1) for Debtor's failure to maintain adequate protection payments to Movant as required by the aforementioned promissory note and deed of trust.

8. The Debtor is in default under the Deed of Trust and Note and is contractually due for the (a) May 1, 2023 through June 1, 2023 payments of $3,717.72 each for a subtotal of $7,435.44;

July 1, 2023 through June 1, 2024 payments of $4,357.01 each for a subtotal of $52,284.12, July 1, 2024 through November 1, 2025 payments of $3,459.29 each for a subtotal of $58,807.93 (b) less suspense balance of $0.00; and (c) Movant has incurred attorney fees and filing cost associated with the present motion.

9. A detailed statement of debt, required by Maryland Local Bankr. Rule 4001-1(b), is itemized as follows:

| | |
|---|---|
| Principal Balance | $931,803.56 |
| Interest 11/24/2025 | $51,514.13 |
| Escrow Advance | $48,595.73 |
| Total-Fees | $158.92 |
| ACCUM NSF Charges | $45.00 |
| RECOVERABLE BALANCE | $6,792.07 |

Total: $1,038,909.41

This statement of debt is not equivalent to a verified payoff statement. If you wish to receive a verified payoff statement you must request one directly from the lender.

10. Movant lacks adequate protection of its interest in the Property and Movant continues to be irreparably injured by the stay of 11 U.S.C. § 362(a).

11. Movant avers that there is no equity in the Property because the total liens against the Property exceeds its fair market value. Debtor's Schedule D lists the market value of the Property as $1,036,001.00. Moreover, the Maryland State Department of Assessments and Taxation's real property report dated values the Property at $938,500.00. Maryland Bankr. Rule 4001-1(b)(6).

12. Movant continues to be irreparably injured by the stay of 11 U.S.C. § 362(a) which prevents Movant from enforcing its rights under its Note and Deed of Trust.

13. Cause exists for terminating the automatic stay imposed by 11 U.S.C. § 362(a) to enable Movant to avail itself of its rights and remedies under its promissory note, security

instrument, and state law, including but not limited to the commencement of foreclosure proceedings against the Property.

WHEREFORE, the Movant, its assigns and/or successors-in-interest prays that this Court:

1.  Enter an order terminating the automatic stay imposed by 11 U.S.C. § 362(a) of the United States Bankruptcy Code to enable Movant to avail itself of its rights and remedies under the promissory note, deed of trust, and state law, including but not limited to the initiation of foreclosure proceedings against the property located at 8632 Stable View Court, Gaithersburg, Maryland 20882 and to allow successful purchaser to obtain possession of same; and,

2.  Grant such other and further relief as may be just and necessary.

Respectfully submitted,

_/s/_Chetan Gopal_____
Chetan Gopal, Esquire
MD Fed. Bar No. 31096
Robertson Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, Maryland 21031
Telephone: 844-442-2150
Fax: 240-238-2767
Email: cgopal@raslg.com

*Counsel for Movant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on   December 22, 2025  , the following person(s) were served a copy of the foregoing motion in the manner described below:

*Via* First Class Mail, Postage Prepaid:

Lorenzo Herrera
8632 Stable View Court
Gaithersburg, MD 20882
*Debtor*

Via CM/ECF Electronic Notice:

Michael Patrick Coyle
The Coyle Law Group LLC
7061 Deepage Drive
Suite 101B
Columbia, MD 21045
*Counsel for Debtor*

Cheryl E. Rose
9812 Falls Road, #114-334
Potomac, MD 20854-3963
*Chapter 7 Trustee*

　　　　　　　　　　　   */s/ Chetan Gopal*
　　　　　　　　　　　　Chetan Gopal